NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CORNELL D.M. JUDGE CORNISH,
*Plaintiff-Appellant,*

v.

DAVID J. KAPPOS, UNDER SECRETARY OF
COMMERCE FOR INTELLECTUAL PROPERTY
AND DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE,
UNITED STATES PATENT AND TRADEMARK
OFFICE, HARRY I. MOATZ, DIRECTOR, OFFICE
OF ENROLLMENT AND DISCIPLINE, AND
WILLIAM J. GRIFFIN, STAFF ATTORNEY, OFFICE
OF ENROLLMENT AND DISCIPLINE,
*Defendants-Appellees.*

---

2010-1433

---

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-1719, Judge Richard W. Roberts.

---

ON MOTION

---

ORDER

Upon consideration of Cornell D.M. Judge Cornish's motions for extensions of time, until April 4, 2011, to file his corrected reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


**MAR 1 8 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk


cc:  Cornell D.M. Judge Cornish
     Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2011

JAN HORBALY
CLERK